451 A.2d 1043

Philadelphia Parking Auth., Appellant v. Nat'l Garages Inc.

Reargument Denied Nov. 9, 1982.

Petition for Allowance of Appeal
Denied Dec. 28, 1982.

652

Argued December 2, 1980. Vincent K. Yakowicz, for appellant; Arnold E. Cohen, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.